No. 138. SAMPSELL, TRUSTEE IN BANKRUPTCY, *v.* LAWRENCE WAREHOUSE Co. C. A. 9th Cir. Certiorari

denied. *Thomas S. Tobin* for petitioner. *Willard F. Williamson* and *W. R. Wallace, Jr.* for respondent.